UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

PATRICK EWART, : 

    Petitioner, : Civ. No. 16-0564 (KM)

v. :

CHARLES GREEN, et al., : **MEMORANDUM AND ORDER**

    Respondents. :

---

    Petitioner, Patrick Ewart, is an immigration detainee currently lodged at the Essex County Correctional Facility in Newark, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not paid the $5.00 filing fee, nor has he submitted an application to proceed *in forma pauperis*. Accordingly, the Clerk will be ordered to administratively terminate this case.

    Therefore, IT IS this 10th day of February, 2016,

    ORDERED that the Clerk shall administratively terminate this case for petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

    ORDERED that if petitioner wishes to reopen this action, he shall notify the Court within thirty (30) days of the date of entry of this Order, in writing; petitioner's writing shall include either: (1) a complete and signed *in forma pauperis* application; or (2) the $5.00 filing fee; and it is further

ORDERED that the Clerk shall serve a copy of this Order and a blank form application to proceed *in forma pauperis* by a non-prisoner (AO 239) to petitioner by regular U.S. mail.

KEVIN MCNULTY
United States District Judge